# EXHIBIT F

# Perry, David M.

**From:** Perry, David M.
**Sent:** Tuesday, October 01, 2013 9:46 AM
**To:** 'Haus, Alan'
**Subject:** Edusys Services Pvt Limited - unauthorized registration of domain name <ScrumAllianceTraining.com>

Alan, late last year and earlier this year we addressed your client's use of CERTIFIED SCRUMMASTER. It appears your client continues to push the limits in trading off of the goodwill of the Scrum Alliance, as it has come to my attention that Edusys Services Pvt Limited – which appears to be the same as, or directly related to, ScrumStudy – has improperly registered the domain <scrumalliancetraining.com>. Indeed, Edusys appears to be a provider of education and training services and is also the owner of the domain/website www.scrumstudy.com and an affiliate of VMEdu Inc. (www.vmedu.com). Please see screenshots of ScrumStudy's, Edusys's, and VMEdu's websites set forth below.

I'm not looking for much back and forth here, as your client has clearly registered a domain that it should not have. I'd like your client to cooperate in an immediate transfer, and I want assurances that this behavior will stop. Please confirm that you can facilitate this, and soon. I will then have the domain name transfer initiated. Kindly reply by the end of the week.

Thanks.







Dave

**David M. Perry | Partner | Blank Rome LLP**
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103-6998
Phone: 215.569.5767 | Fax: 215.832.5767 | Email: Perry@BlankRome.com





ABOUT US

About Us

Home » About Us » Who We Are

## ABOUT EDUSYS GLOBAL



EDUsys Global is an affiliate of VMEdu Inc, a leading Education Training Provider in the Global Market (US, UK, Australia, Canada, India and other countries). We conduct courses which are recognized by globally reputed institutions like Project Management Institute, Pennsylvania, USA; Human Resources Certification Institute, Alexandria, Virginia, USA; APMG International, Buckinghamshire, UK etc.

Edusys Global plays a key role in creating industry hallmarks like knowledge enrichment, skill sharpening, and competitive edge through online courses and tests that spans a vast spectrum of conventional and emerging domains of learning and work. Our robust learning management and back office systems have given us tremendous scalability in terms of our ability to offer better courses and cater to various domains of professional education where there is a lack of good quality content and study methodology.

More than 100,000 individuals and 5000+ companies across the world have benefitted from our time-tested and consistently proven education delivery models. Certification for qualification is the basis for a good job and speaks for itself, demonstrating the mastery in specific knowledge area. It holds you at a comparative advantage and helps you stand out in the competition. We sharpen your skills so that you Target success in a guaranteed way.

© 2009 Edusysglobal.com All Rights Reserved.

PMI, PMP, CAPM, PMBOK, PgMP, PMI-RMP, PM Network and the PMI Registered Education Provider logo are registered trademarks of the Project Management Institute, Inc.

PRINCE2® is a registered Trade Mark of the Cabinet Office.

The Swirl logo™ is a Trade Mark of the Cabinet Office.

ITIL® is a Registered Trade Mark of the Cabinet Office